**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 05-7323**

―――――――――

DENNIS MILLER,

Plaintiff - Appellant,

versus

HERB JACKSON, Superintendent of the Brown
Creek Correctional Institution; EDGAR TERRY,
Food Service Manager at Brown Creek
Correctional Institution; MS. HERRING, Food
Service Supervisor at Brown Creek Correctional
Institution; BOYD BENNETT, Director of North
Carolina Department of Corrections; RANDALL
LEE, Superintendent of the Caledonia
Correctional Institution; WILEY PHILLIPS, Food
Service Supervisor at Caledonia Correctional
Institution; SIX UNKNOWN AGENTS, employed as
Food Service Officials, Superintendents, etc.
with the North Carolina Department of
Corrections, in their individual and official
capacities,

Defendants - Appellees.

―――――――――

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte. Graham C. Mullen, Chief
District Judge. (CA-05-300-MU-3)

―――――――――

Submitted: December 16, 2005        Decided: January 9, 2006

―――――――――

Before LUTTIG, WILLIAMS, and MOTZ, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

———————————

Dennis Miller, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Dennis Miller appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint as frivolous. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Miller v. Jackson, No. CA-05-300-MU-3 (W.D.N.C. filed July 7, 2005 & entered July 8, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED